■ FLOYD B. KEITH, JR., Individually and as Administrator of the Estate of F. ELIZABETH KEITH, Deceased, Plaintiff, v. NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Defendant.— Motion for permission to appeal to this court from an order denying defendant's motion to dismiss the complaint in an action for declaratory judgment. Pursuant to CPLR 5701 (subd. [c]), the motion must be made to an individual Justice of this court. Accordingly, the motion is referred to Mr. Justice Cooke, who makes the following disposition: Motion denied, without costs, upon the ground an appeal lies as of right. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSE PUGH, Petitioner, v. J. E. LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for writ of habeas corpus denied for failure of compliance with article 70 of the CPLR and more particularly with the provisions of CPLR 7002 (subd. [c]) thereof, and as otherwise insufficient on its face. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

## (March 11, 1974)

■ JWAYYED M. JWAYYED, Respondent, v. BELLEX DEPARTMENT STORES, INC., Appellant.— Appeal from an order of the Supreme Court at Special Term, entered January 28, 1974 in Albany County, which granted plaintiff's motion for a preliminary injunction. An examination of this record clearly demonstrates that plaintiff has not established his right to a preliminary injunction. The order, therefore, must be reversed. Order reversed, on the law and the facts, with costs. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Kane, JJ., concur.